# Court of Appeals
# of the State of Georgia

ATLANTA,   November 02, 2022

*The Court of Appeals hereby passes the following order:*

**A23E0010. AKETHOMAS v. AKETHOMAS.**

Upon consideration of Tunde Akethomas's Rule 40 (b) Emergency Motion, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,   11/02/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*